Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  21−17593−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lois Joanne Anderson
   336 Eastern Blvd
   Bayville, NJ 08721−2925

Social Security No.:
   xxx−xx−4057

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 14, 2022.

Dated: January 14, 2022
JAN: dmi

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lois Joanne Anderson  
    Debtor

Case No. 21-17593-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 14, 2022      Form ID: plncf13      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lois Joanne Anderson, 336 Eastern Blvd, Bayville, NJ 08721-2925 |
| 519318218 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519318219 | | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519318237 | | Sflndcorp, 1 Letterman Dr, San Francisco, CA 94129-1494 |
| 519318238 | | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 519326615 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519318243 | | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519318245 | | Td Bank N.A., Greenville, SC 29601 |
| 519318246 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519318248 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |
| 519318249 | | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519332417 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519334762 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519318250 | | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 519318251 | | Wf/fmg, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519318217 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 14 2022 20:38:00 | American Honda Finance, Attn: National Bankruptcy Center, PO Box 168088, Irving, TX 75016-8088 |
| 519322430 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 14 2022 20:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519318216 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 14 2022 20:38:00 | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 519318220 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 20:43:09 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519318221 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2022 20:42:39 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519318222 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2022 20:42:59 | Capital One Bank USA N, Attn: Bankruptcy, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519355012 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2022 20:42:44 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519450528 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 20:43:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519318224 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 20:43:08 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519318225 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2022 20:37:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519318226 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2022 20:37:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519325346 | | Email/Text: mrdiscen@discover.com | Jan 14 2022 20:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519318227 | | Email/Text: mrdiscen@discover.com | Jan 14 2022 20:37:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519318228 | | Email/Text: mrdiscen@discover.com | Jan 14 2022 20:37:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519318223 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:43:12 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519318230 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:43:12 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519456344 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2022 20:37:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519318231 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2022 20:37:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519318232 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2022 20:37:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519441362 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2022 20:43:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519318233 | | Email/Text: signed.order@pfwattorneys.com | Jan 14 2022 20:37:00 | Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519450527 | | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2022 20:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519318235 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 14 2022 20:38:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519318234 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 14 2022 20:38:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519334903 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 14 2022 20:38:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519318236 | | Email/Text: bankruptcy@rubinrothman.com | Jan 14 2022 20:37:00 | Rubin and Rothman, PO Box 9003, Islandia, NY 11749-9003 |
| 519337597 | | Email/Text: lhunsaker@sofi.org | Jan 14 2022 20:37:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121 |
| 519318239 | | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 20:42:39 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519318240 | | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 20:42:55 | Syncb/tjx Cos Dc, PO Box 965015, Orlando, FL 32896-5015 |
| 519321189 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 20:42:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519318241 | | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 20:42:59 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |

Case 21-17593-MBK    Doc 27    Filed 01/16/22    Entered 01/17/22 00:15:51    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2022 | Form ID: plncf13 | Total Noticed: 52 |

| 519318242 | Email/PDF: gecsedi@recoverycorp.com | | | |
|---|---|---|---|---|
| | | Jan 14 2022 20:42:54 | | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519318244 | Email/Text: bankruptcy@td.com | | | |
| | | Jan 14 2022 20:37:00 | | Td Bank N.A., PO Box 219, Lewiston, ME 04243-0219 |
| 519318247 | Email/Text: bankruptcy@td.com | | | |
| | | Jan 14 2022 20:37:00 | | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519454102 | + Email/Text: bncmail@w-legal.com | | | |
| | | Jan 14 2022 20:38:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519318229 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, PO Box 65507, Wilmington, DE 19808-0507 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Debtor Lois Joanne Anderson marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4