| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 21-17593 / MBK

Lois Joanne Anderson

Petition Filed Date: 09/29/2021
341 Hearing Date: 10/28/2021
Confirmation Date: 01/12/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/29/2021 | $700.00 | 80452330 | 11/02/2021 | $700.00 | 80580850 | 12/03/2021 | $700.00 | 81249200 |
| 01/04/2022 | $700.00 | 81869720 | 02/03/2022 | $797.00 | 82537650 | | | |

**Total Receipts for the Period: $3,597.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,597.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Lois Joanne Anderson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MARYBETH SCHROEDER<br>»» ATTY DISCLOSURE | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 1 | American Honda Finance<br>»» 2021 HONDA ACCORD/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $21,492.91 | $0.00 | $21,492.91 |
| 3 | TD BANK,NA | Unsecured Creditors | $5,556.27 | $0.00 | $5,556.27 |
| 4 | Wells Fargo Bank, NA<br>»» VALUE CITY FURNITURE | Secured Creditors | $162.38 | $162.38 | $0.00 |
| 5 | Wells Fargo Bank, NA<br>»» VALUE CITY FURNITURE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK, NA | Unsecured Creditors | $561.27 | $0.00 | $561.27 |
| 7 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/336 EASTERN BLVD/1ST MTG | Mortgage Arrears | $205.63 | $205.63 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» NATIONAL FOUNDER | Unsecured Creditors | $2,874.27 | $0.00 | $2,874.27 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,993.78 | $0.00 | $1,993.78 |
| 10 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,988.72 | $0.00 | $2,988.72 |
| 11 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS | Unsecured Creditors | $4,052.62 | $0.00 | $4,052.62 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BOSCOV'S | Unsecured Creditors | $1,086.47 | $0.00 | $1,086.47 |
| 13 | CITIBANK, N.A.<br>»» BEST BUY CC | Unsecured Creditors | $1,410.12 | $0.00 | $1,410.12 |
| 14 | TD BANK USA NA | Unsecured Creditors | $545.13 | $0.00 | $545.13 |
| 15 | KOHL'S | Unsecured Creditors | $2,694.24 | $0.00 | $2,694.24 |

**Chapter 13 Case No. 21-17593 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,597.00 | Plan Balance: | $43,932.00 ** |
| Paid to Claims: | $1,618.01 | Current Monthly Payment: | $797.00 |
| Paid to Trustee: | $302.15 | Arrearages: | $97.00 |
| Funds on Hand: | $1,676.84 | Total Plan Base: | $47,529.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.