Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ 08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023  
**Chapter 13 Case No. 21-17593 / MBK**

Lois Joanne Anderson

Petition Filed Date: 09/29/2021  
341 Hearing Date: 10/28/2021  
Confirmation Date: 01/12/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2022 | $700.00 | 81869720 | 02/03/2022 | $797.00 | 82537650 | 03/04/2022 | $797.00 | 83177500 |
| 04/04/2022 | $797.00 | 83813970 | 05/09/2022 | $797.00 | 84564200 | 06/06/2022 | $797.00 | 85105890 |
| 07/13/2022 | $797.00 | 85851290 | 08/03/2022 | $797.00 | 86273320 | 09/06/2022 | $797.00 | 86872900 |
| 10/04/2022 | $797.00 | 87459000 | 11/07/2022 | $797.00 | 88109880 | 12/05/2022 | $797.00 | 88639350 |
| 12/30/2022 | $797.00 | 89090730 | 01/30/2023 | $797.00 | 89659030 | 02/24/2023 | $797.00 | 90143310 |

**Total Receipts for the Period:** $11,858.00    **Amount Refunded to Debtor Since Filing:** $0.00    **Total Receipts Since Filing:** $13,958.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Lois Joanne Anderson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MaryBeth Schroeder, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»» 2021 HONDA ACCORD/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $21,492.91 | $4,979.68 | $16,513.23 |
| 3 | TD BANK,NA | Unsecured Creditors | $5,556.27 | $1,287.33 | $4,268.94 |
| 4 | Wells Fargo Bank, NA<br>»» VALUE CITY FURNITURE | Secured Creditors | $162.38 | $162.38 | $0.00 |
| 5 | Wells Fargo Bank, NA<br>»» VALUE CITY FURNITURE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK, NA | Unsecured Creditors | $561.27 | $130.04 | $431.23 |
| 7 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/336 EASTERN BLVD/1ST MTG | Mortgage Arrears | $205.63 | $205.63 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» NATIONAL FOUNDERs SO-FI | Unsecured Creditors | $2,874.27 | $665.94 | $2,208.33 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,993.78 | $461.94 | $1,531.84 |
| 10 | LVNV FUNDING LLC<br>»» ASHLEY HOME | Unsecured Creditors | $2,988.72 | $692.46 | $2,296.26 |
| 11 | LVNV FUNDING LLC<br>»» TJX REWARDS MC | Unsecured Creditors | $4,052.62 | $938.95 | $3,113.67 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BOSCOV'S | Unsecured Creditors | $1,086.47 | $251.73 | $834.74 |
| 13 | CITIBANK, N.A.<br>»» BEST BUY CC | Unsecured Creditors | $1,410.12 | $326.71 | $1,083.41 |

**Chapter 13 Case No. 21-17593 / MBK**

| 14 | TD BANK USA NA | Unsecured Creditors | $545.13 | $126.30 | $418.83 |
| 15 | KOHL'S | Unsecured Creditors | $2,694.24 | $624.23 | $2,070.01 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,958.00 | Plan Balance: | $33,571.00 ** |
| Paid to Claims: | $12,103.32 | Current Monthly Payment: | $797.00 |
| Paid to Trustee: | $1,115.05 | Arrearages: | $97.00 |
| Funds on Hand: | $739.63 | Total Plan Base: | $47,529.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.