MS-7408
LAW OFFICES OF MARYBETH SCHROEDER
984 ROUTE 166 SUITE 6
Toms River, NJ  08754-1508
(732) 228-7400
By:  MARY BETH SCHROEDER, ESQ.
**Attorney for Debtor**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| In the Matter Of: | Case No. 21-17593/MBK |
|---|---|
| Lois Joanne Anderson , | Chapter 13 |
| Debtor . | Hearing Date: N/A |

### NOTICE OF MOTION TO RETAIN PROFESSION

**TO:**    All Parties in Interest

Lois Joanne Anderson , (hereinafter referred to as "Debtor") has e filed papers with the Court to retain special real estate counsel .

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to reopen this bankruptcy case and enforce terms of the Consent Order, or if you want the Court to consider your views on the Motion, you or your attorney must:

1. File with the Court a written request for a hearing, or a response to the Motion explaining your position, addressed to the Clerk of the Bankruptcy Court, 402 East State Street,

Trenton, New Jersey 08608.  If your request or response is mailed to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

    2.    Also mail a copy of your request or response to the following:

<u>Debtors Attorney :</u>
Law Offices of MaryBeth Schroeder
984 Route 166 Suite 6
Toms River, New Jersey 08754

<u>Trustee:</u>
Albert Russo , Esq.
CN 4853
Trenton, NJ 08650

The Moving Party aives oral argument pursuant to D.N.J. LBR 9013-1(f).  If the Court requires oral argument, a hearing will be held on in Courtroom 8 , United States Bankruptcy Court, Clarkson S. Fisher Federal Courthouse, 402 East State Street, Trenton, New Jersey.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or objection and may enter an order granting that relief.

Date:07/12/2023                                                   Law Office of MaryBeth Schroeder

                                                                          <u>/s/MaryBeth Schroeder</u>
                                                                          MARYBETH SCHROEDER