Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−17593−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lois Joanne Anderson
    336 Eastern Blvd
    Bayville, NJ 08721−2925
Social Security No.:
    xxx−xx−4057
Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 14, 2022.

On July 10, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                    August 9, 2023
Time:                    10:00 AM
Location:             Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 10, 2023
JAN: mmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17593-MBK |
| Lois Joanne Anderson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 10, 2023 | Form ID: 185 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lois Joanne Anderson, 336 Eastern Blvd, Bayville, NJ 08721-2925 |
| 519318245 | Td Bank N.A., Greenville, SC 29601 |
| 519318248 | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519318229 | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 10 2023 21:05:00 | Honda Financial Services, PO Box 65507, Wilmington, DE 19808-0507 |
| 519318217 | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 10 2023 21:05:00 | American Honda Finance, Attn: National Bankruptcy Center, PO Box 168088, Irving, TX 75016-8088 |
| 519322430 | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 10 2023 21:05:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519318216 | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 10 2023 21:05:00 | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 519318218 | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 10 2023 21:04:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519318219 | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 10 2023 21:04:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519318220 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2023 21:17:54 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519318221 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2023 21:07:25 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519318222 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2023 21:07:24 | Capital One Bank USA N, Attn: Bankruptcy, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519355012 | + Email/PDF: ebn_ais@aisinfo.com | Jul 10 2023 21:07:18 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519450528 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2023 21:07:27 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519318224 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2023 21:17:59 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint |

District/off: 0312-3                                    User: admin                                    Page 2 of 4

Date Rcvd: Jul 10, 2023                                Form ID: 185                                  Total Noticed: 53

|  |  |  |  |
|---|---|---|---|
|  |  |  | Louis, MO 63179-0034 |
| 519318225 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2023 21:05:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519318226 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2023 21:05:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519325346 | Email/Text: mrdiscen@discover.com | Jul 10 2023 21:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519318227 | Email/Text: mrdiscen@discover.com | Jul 10 2023 21:04:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519318228 | Email/Text: mrdiscen@discover.com | Jul 10 2023 21:04:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519318223 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2023 21:17:56 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519318230 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2023 21:07:25 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519456344 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 10 2023 21:04:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519318231 | Email/Text: PBNCNotifications@peritusservices.com | Jul 10 2023 21:04:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519318232 | Email/Text: PBNCNotifications@peritusservices.com | Jul 10 2023 21:04:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519441362 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2023 21:07:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519318233 | Email/Text: signed.order@pfwattorneys.com | Jul 10 2023 21:04:00 | Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519450527 | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2023 21:05:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519318235 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 10 2023 21:05:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519318234 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 10 2023 21:05:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519334903 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 10 2023 21:05:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519318236 | Email/Text: bankruptcy@rubinrothman.com | Jul 10 2023 21:04:00 | Rubin and Rothman, PO Box 9003, Islandia, NY 11749-9003 |
| 519318237 | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 10 2023 21:07:38 | Sflndcorp, 1 Letterman Dr, San Francisco, CA 94129-1494 |
| 519337597 | + Email/PDF: SoFiBKNotifications@resurgent.com | Jul 10 2023 21:07:13 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121-7285 |
| 519318238 | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 10 2023 21:07:19 | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 519318239 | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:28 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519318240 | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:16 | Syncb/tjx Cos Dc, PO Box 965015, Orlando, FL 32896-5015 |
| 519321189 | + Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519318241 | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:16 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |

| 519318242 | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:35 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519318244 | Email/Text: bankruptcy@td.com | Jul 10 2023 21:05:00 | Td Bank N.A., PO Box 219, Lewiston, ME 04243-0219 |
| 519318247 | Email/Text: bankruptcy@td.com | Jul 10 2023 21:05:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519454102 | + Email/Text: bncmail@w-legal.com | Jul 10 2023 21:05:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519326615 | ^ MEBN | Jul 10 2023 20:59:27 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519318243 | Email/Text: bncmail@w-legal.com | Jul 10 2023 21:05:00 | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519318246 | Email/Text: bncmail@w-legal.com | Jul 10 2023 21:05:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519318249 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2023 21:17:53 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519334762 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2023 21:07:35 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519332417 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2023 21:17:56 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519318250 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2023 21:07:30 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 519318251 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2023 21:07:19 | Wf/fmg, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:

Name                        Email Address

Albert Russo
docs@russotrustee.com

Brian C. Nicholas
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com,
bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

MaryBeth Schroeder
on behalf of Debtor Lois Joanne Anderson marybeth@schroedermb-law.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5