**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **2** Lien Avoidance

Last Revised August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                                                     Case No. 21-17593_____

                                                                                           Judge MBK_____
**Anderson, Lois Joanne**_____
                         Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

[ ] Original                    [ X ] Modified/Notice Required           Date: July 6, 2023

[X] Motions Included            [ ] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

[ ] DOES **[X]** DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[ ] DOES **[X]** DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[ ] DOES **[X]** DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: **MBS**         Initial Debtor: **JA/Executor**         Initial Co-Debtor:

## Part 1: Payment and Length of Plan

a.  The debtor shall pay $ 700 per month to the Chapter 13 Trustee, starting on _____October 1, 2021_____ for approximately 60 months.

b.  The debtor shall make plan payments to the Trustee from the following sources:
    [X]  Future Earnings
    [ ]  Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
    [X ] Sale of real property
        Description: 336 Eastern Boulevard
        Proposed date for completion: December 31, 2023 _____

    [ ]  Refinance of real property
        Description:
        Proposed date for completion: _____

    [ ]  Loan modification with respect to mortgage encumbering property
        Description:
        Proposed date for completion: _____

d.  [ ]  The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  [ ]  Other information that may be important relating to the payment and length of plan: There is a signed contract waiting for approval .

## Part 2: Adequate Protection [X] NONE

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

|  | Type of Priority | Amount to be Paid |
|---|---|---|
| Law Office of MaryBeth Schroeder | Administrative | 1300.00 |

omestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
[ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence: [X]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim

shall discharge the corresponding lien.

   **e. Surrender [X] NONE**

   Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **None** | | | |

   **f. Secured Claims Unaffected by the Plan [ ] NONE**

   The following secured claims are unaffected by the Plan:
   **Honda Financial Services**
   **Quicken Loans**


   **g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** | | |

**Part 5: Unsecured Claims [ ] NONE**

   **a. Not separately classified** allowed non-priority unsecured claims shall be paid:

   __**X**__ Not less than $ _____ to be distributed *pro rata*
   ___ Not less than _____ percent
   ___ *Pro Rata* distribution from any remaining funds

   **b. Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

**Part 6: Executory Contracts and Unexpired Leases [ ] NONE**

   (NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **American Honda Finance** | 0.00 | Installment account opened 5/1/2021 Credit Limit: $10,079.00, | Assume | 0.00 |

**Part 7: Motions [ ] NONE**

4

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). [ X ] NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [] NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **Chase** | Residence | 9847 | 3290000 | 224000 | 0 | 9847 |
| **BOA** | Residence | 12707 | 329000 | 22400 | 0 | 12707 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [X] NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **None** |  |  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

  **X**  Upon Confirmation
  ___ Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

5

    **c. Order of Distribution**

    The Standing Trustee shall pay allowed claims in the following order:

        1) **Trustee Commissions**
        2) **Other Administrative Claims**
        3) **Secured Claims**
        4) **Lease Arrearages**
        5) **Priority Claims**
        6) **General Unsecured Claims**

    **d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification [ ] NONE

NOTE: Modification of a plan does not require that a separate motion be filed.  A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| Debtor is deceased | to sell the  real property |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

## Part 10: Non-Standard Provision(s): Signatures Required

    Non-Standard Provisions Requiring Separate Signatures:

    **[X]** NONE
    **[ ]** Explain here:

    Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

 : 07/06/2023                      /s/ John Anderson as Executor for the Estate of Lois Anderson

Date:

|  | Joint Debtor |
| --- | --- |
| Date: 07/06/2023 | /s/MaryBeth Schroeder<br>Attorney for the Debtor(s) |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 21-17593-MBK
Lois Joanne Anderson                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                 Page 1 of 4
Date Rcvd: Jul 10, 2023                  Form ID: pdf901                             Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lois Joanne Anderson, 336 Eastern Blvd, Bayville, NJ 08721-2925 |
| 519318245 | Td Bank N.A., Greenville, SC 29601 |
| 519318248 | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519318229 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 10 2023 21:05:00 | Honda Financial Services, PO Box 65507, Wilmington, DE 19808-0507 |
| 519318217 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 10 2023 21:05:00 | American Honda Finance, Attn: National Bankruptcy Center, PO Box 168088, Irving, TX 75016-8088 |
| 519322430 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 10 2023 21:05:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519318216 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 10 2023 21:05:00 | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 519318218 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 10 2023 21:04:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519318219 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 10 2023 21:04:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519318220 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2023 21:07:36 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519318221 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2023 21:07:18 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519318222 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2023 21:07:34 | Capital One Bank USA N, Attn: Bankruptcy, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519355012 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2023 21:07:29 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519450528 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2023 21:07:14 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519318224 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2023 21:07:28 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint |

Case 21-17593-MBK    Doc 41    Filed 07/12/23    Entered 07/13/23 00:15:29    Desc Imaged
Certificate of Notice    Page 9 of 11

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 10, 2023 | Form ID: pdf901 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519318225 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2023 21:05:00 | | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 Louis, MO 63179-0034 |
| 519318226 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2023 21:05:00 | | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519325346 | | Email/Text: mrdiscen@discover.com Jul 10 2023 21:04:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519318227 | | Email/Text: mrdiscen@discover.com Jul 10 2023 21:04:00 | | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519318228 | | Email/Text: mrdiscen@discover.com Jul 10 2023 21:04:00 | | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519318223 | | Email/PDF: ais.chase.ebn@aisinfo.com Jul 10 2023 21:07:16 | | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519318230 | | Email/PDF: ais.chase.ebn@aisinfo.com Jul 10 2023 21:07:13 | | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519456344 | + | Email/Text: PBNCNotifications@peritusservices.com Jul 10 2023 21:04:00 | | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519318231 | | Email/Text: PBNCNotifications@peritusservices.com Jul 10 2023 21:04:00 | | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519318232 | | Email/Text: PBNCNotifications@peritusservices.com Jul 10 2023 21:04:00 | | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519441362 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 10 2023 21:07:25 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519318233 | | Email/Text: signed.order@pfwattorneys.com Jul 10 2023 21:04:00 | | Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519450527 | | Email/Text: bnc-quantum@quantum3group.com Jul 10 2023 21:05:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519318235 | + | Email/Text: bankruptcyteam@quickenloans.com Jul 10 2023 21:05:00 | | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519318234 | + | Email/Text: bankruptcyteam@quickenloans.com Jul 10 2023 21:05:00 | | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519334903 | + | Email/Text: bankruptcyteam@quickenloans.com Jul 10 2023 21:05:00 | | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519318236 | | Email/Text: bankruptcy@rubinrothman.com Jul 10 2023 21:04:00 | | Rubin and Rothman, PO Box 9003, Islandia, NY 11749-9003 |
| 519318237 | | Email/PDF: SoFiBKNotifications@resurgent.com Jul 10 2023 21:07:13 | | Sflndcorp, 1 Letterman Dr, San Francisco, CA 94129-1494 |
| 519337597 | + | Email/PDF: SoFiBKNotifications@resurgent.com Jul 10 2023 21:07:13 | | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121-7285 |
| 519318238 | | Email/PDF: SoFiBKNotifications@resurgent.com Jul 10 2023 21:07:27 | | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 519318239 | | Email/PDF: gecsedi@recoverycorp.com Jul 10 2023 21:17:56 | | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519318240 | | Email/PDF: gecsedi@recoverycorp.com Jul 10 2023 21:07:13 | | Syncb/tjx Cos Dc, PO Box 965015, Orlando, FL 32896-5015 |
| 519321189 | + | Email/PDF: gecsedi@recoverycorp.com Jul 10 2023 21:18:05 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519318241 | | Email/PDF: gecsedi@recoverycorp.com Jul 10 2023 21:07:18 | | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |

Case 21-17593-MBK    Doc 41    Filed 07/12/23    Entered 07/13/23 00:15:29    Desc Imaged
Certificate of Notice    Page 10 of 11

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 10, 2023 | Form ID: pdf901 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 519318242 | | Email/PDF: gecsedi@recoverycorp.com | Jul 10 2023 21:07:14 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519318244 | | Email/Text: bankruptcy@td.com | Jul 10 2023 21:05:00 | Td Bank N.A., PO Box 219, Lewiston, ME 04243-0219 |
| 519318247 | | Email/Text: bankruptcy@td.com | Jul 10 2023 21:05:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519454102 | + | Email/Text: bncmail@w-legal.com | Jul 10 2023 21:05:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519326615 | ^ | MEBN | Jul 10 2023 20:59:27 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519318243 | | Email/Text: bncmail@w-legal.com | Jul 10 2023 21:05:00 | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519318246 | | Email/Text: bncmail@w-legal.com | Jul 10 2023 21:05:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519318249 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2023 22:09:42 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519334762 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2023 21:07:39 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519332417 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2023 21:17:59 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519318250 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2023 22:09:53 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 519318251 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2023 21:07:19 | Wf/fmg, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2023                       Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:

**Name**                **Email Address**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 10, 2023 | Form ID: pdf901 | Total Noticed: 53 |

Albert Russo
    docs@russotrustee.com

Brian C. Nicholas
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

MaryBeth Schroeder
    on behalf of Debtor Lois Joanne Anderson marybeth@schroedermb-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5