UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
984 ROUTE 166 SUTIE 6
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTOR
732-228-7400

Order Filed on July 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
LOIS ANDERSON

| | |
|---|---|
| Case No.: | 21-17593 |
| Chapter: | 13 |
| Judge: | KAPLAN |

**ORDER AUTHORIZING RETENTION OF**

**SPECIAL REAL ESTATE COUNSEL**

The relief set forth on the following page is **ORDERED**.

**DATED: July 18, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Vince DeSimone_____ as _____special real estate counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Law Office of Vincent M. Desimone
54 E. Water Street
Toms River, NJ 08753

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted ☐ Denied.

   ☒ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*