UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
984 ROUTE 166 SUITE 5
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTOR

In Re:

LOIS JOANNE ANDERSON

Case No.: 21-17593
Chapter: 13
Adv. No.: _____
Hearing Date: 08/09/2023
Judge: MBK

## CERTIFICATION OF SERVICE

1. I, __MaryBeth Schroeder__ :

    ☒ represent __the debtor__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __07/17/2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Motion for Continued Adminstration, Certification in Support of Motion, Proposed Order and supporting documents.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 07/17/2023

/s/MaryBeth Schroeder
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon<br>dcarlon@kmllawgroup.com<br>bkgroup@kmllawgroup.com | Attorney for Rocket Mortgage | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/Ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian C. Nicholas<br>bnicholas@kmllaw.group<br>bkgroup@kmllawgroup.com | Attorney for Rocket Mortgage | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>docs@russotrustee.com | Ch 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other cm/ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>USTPRegion03.NE. ECF@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other cm/ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*