UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
984 ROUTE 166 SUTIE 6
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTOR
732-228-7400

Order Filed on July 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
LOIS ANDERSON

| | |
|---|---|
| Case No.: | 21-17593 |
| Chapter: | 13 |
| Judge: | KAPLAN |

## ORDER AUTHORIZING RETENTION OF

### SPECIAL REAL ESTATE COUNSEL

The relief set forth on the following page is **ORDERED**.

**DATED: July 18, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Vince DeSimone_____
as _____special real estate counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: Law Office of Vincent M. Desimone
   54 E. Water Street
   Toms River, NJ 08753

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted  ☐ Denied.

   ☒ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Lois Joanne Anderson  
    Debtor

Case No. 21-17593-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1  
Date Rcvd: Jul 18, 2023     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lois Joanne Anderson, 336 Eastern Blvd, Bayville, NJ 08721-2925 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Debtor Lois Joanne Anderson marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5