UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
LOIS JOANNE ANDERSON

Case No.: _____21-17593_____

Chapter: _____13_____

Judge: _____MBK_____

---

## NOTICE OF PROPOSED PRIVATE SALE

___Lois Anderson___, ___deceased debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fischer US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan___ on ___August 30th___ at ___9___ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, ___402 East State St. Trenton, NJ___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 336 Eastern Boulevard<br>Bayville, NJ  Also known as Block 474 Lot 15 additional lots 17 and 19 in the Township of Berkely Tax Map. |
|---|---|

| Proposed Purchaser: | Jenna I Tomaio and Cody A. Anderson |
|---|---|

| Sale price: | $375,000 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Vincent DeSimone |
|---|---|
| Amount to be paid: | $950 |
| Services rendered: | Legal services pertaining the passing of legal title to real property and attendant details. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:        Law Office of MaryBeth Schroeder

Address:      984 Route 166 Suite 6, Toms River, NJ 08753

Telephone No.: 732-228-7400

*rev.8/1/15*