UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lois Joanne Anderson

Case No.: 21-17593
Chapter: 13
Judge: MBK

## NOTICE OF PROPOSED PRIVATE SALE

Lois Anderson, deceased debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fischer US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on August 23, 2023 at 9 a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street, Trenton, NJ. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
336 Eastern Boulevard Bayville, NJ also known as Block 474 Lot 15 additional lots 17 and 19 in the Township of Berkely Tax Map

Proposed Purchaser: Jenna I Tomaio and Cody A. Anderson

Sale price: $375,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Vincent DeSimone
Amount to be paid: $950
Services rendered: Legal services pertaining to the passing of legal title to real property and attendant details.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: MaryBeth Schroeder

Address: 984 Route 166 Suite 6 Toms River, NJ 08753

Telephone No.: 732-228-7400

*rev.8/1/15*