UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lois Joanne Anderson

Case No.: 21-17593
Chapter: 13
Judge: MBK

## NOTICE OF PROPOSED PRIVATE SALE

_____Lois Anderson_____, ___deceased debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fischer US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __August 23, 2023__ at __9__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 336 Eastern Boulevard Bayville, NJ also known as Block 474 Lot 15 additional lots 17 and 19 in the Township of Berkely Tax Map

Proposed Purchaser: Jenna I Tomaio and Cody A. Anderson

Sale price: $375,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Vincent DeSimone
Amount to be paid: $950
Services rendered: Legal services pertaining to the passing of legal title to real property and attendant details.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: MaryBeth Schroeder

Address: 984 Route 166 Suite 6 Toms River, NJ 08753

Telephone No.: 732-228-7400

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Lois Joanne Anderson  
    Debtor

Case No. 21-17593-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Aug 04, 2023      Form ID: pdf905      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lois Joanne Anderson, 336 Eastern Blvd, Bayville, NJ 08721-2925 |
| sp | + | Vince DeSimone, Law Offices of Vincent Desimone, 54 E. Water Street, Toms River, NJ 08753-7665 |
| 519318245 | | Td Bank N.A., Greenville, SC 29601 |
| 519318248 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2023 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2023 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519318229 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 04 2023 20:33:00 | Honda Financial Services, PO Box 65507, Wilmington, DE 19808-0507 |
| 519318217 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 04 2023 20:33:00 | American Honda Finance, Attn: National Bankruptcy Center, PO Box 168088, Irving, TX 75016-8088 |
| 519322430 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 04 2023 20:33:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519318216 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 04 2023 20:33:00 | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 519318218 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 04 2023 20:32:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519318219 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 04 2023 20:32:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519318220 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2023 20:44:01 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519318221 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2023 20:31:21 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519318222 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2023 20:43:56 | Capital One Bank USA N, Attn: Bankruptcy, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519355012 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 04 2023 20:32:09 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519450528 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2023 20:43:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519318224 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2023 20:43:47 | Citibank/Best Buy, Citicorp Credit |

| Case 21-17593-MBK | Doc 53 | Filed 08/06/23 | Entered 08/07/23 00:13:27 | Desc Imaged |
Certificate of Notice  Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Aug 04, 2023 | Form ID: pdf905 | Total Noticed: 54 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519318225 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2023 20:33:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519318226 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2023 20:33:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519325346 | | Email/Text: mrdiscen@discover.com | Aug 04 2023 20:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519318227 | | Email/Text: mrdiscen@discover.com | Aug 04 2023 20:32:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519318228 | | Email/Text: mrdiscen@discover.com | Aug 04 2023 20:32:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519318223 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2023 20:31:02 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519318230 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2023 20:30:53 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519456344 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 04 2023 20:32:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519318231 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 04 2023 20:32:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519318232 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 04 2023 20:32:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519441362 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 20:43:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519318233 | | Email/Text: signed.order@pfwattorneys.com | Aug 04 2023 20:32:00 | Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519450527 | | Email/Text: bnc-quantum@quantum3group.com | Aug 04 2023 20:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519318235 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 04 2023 20:33:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519318234 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 04 2023 20:33:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519334903 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 04 2023 20:33:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519318236 | | Email/Text: bankruptcy@rubinrothman.com | Aug 04 2023 20:32:00 | Rubin and Rothman, PO Box 9003, Islandia, NY 11749-9003 |
| 519318237 | | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 04 2023 20:43:47 | Sflndcorp, 1 Letterman Dr, San Francisco, CA 94129-1494 |
| 519337597 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 04 2023 20:31:06 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121-7285 |
| 519318238 | | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 04 2023 20:30:58 | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 519318239 | | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2023 20:32:04 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519318240 | | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2023 20:44:38 | Syncb/tjx Cos Dc, PO Box 965015, Orlando, FL 32896-5015 |
| 519321189 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2023 20:31:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519318241 | | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2023 20:45:04 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO |

| | | | | |
|---|---|---|---|---|
| | | | | Box 965064, Orlando, FL 32896-5064 |
| 519318242 | | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2023 20:43:45 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519318244 | | Email/Text: bankruptcy@td.com | Aug 04 2023 20:33:00 | Td Bank N.A., PO Box 219, Lewiston, ME 04243-0219 |
| 519318247 | | Email/Text: bankruptcy@td.com | Aug 04 2023 20:33:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519454102 | + | Email/Text: bncmail@w-legal.com | Aug 04 2023 20:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519326615 | ^ | MEBN | Aug 04 2023 20:20:56 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519318243 | | Email/Text: bncmail@w-legal.com | Aug 04 2023 20:33:00 | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519318246 | | Email/Text: bncmail@w-legal.com | Aug 04 2023 20:33:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519318249 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 04 2023 20:31:00 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519334762 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 04 2023 20:43:42 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519332417 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 04 2023 20:31:31 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519318250 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 04 2023 20:44:30 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 519318251 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 04 2023 20:44:02 | Wf/fmg, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Aug 04, 2023 | Form ID: pdf905 | Total Noticed: 54

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Debtor Lois Joanne Anderson marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5