UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2©**
MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
984 ROUTE 166 SUITE 6
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTOR
732-228-7400

**Order Filed on August 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LOIS JOANNE ANDERSON

Case No.: 21-17593

Adv. No.:

Hearing Date: 08/09/2023

Judge: MBK

### ORDER ALLOWING THE CONTINUED ADMINISTRATION OF CHAPTER 13 CASE AFTER THE DEATH OF THE DEBTOR

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: August 10, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
21-17593
Order for Continued Administration

The Court having considered the pleadings submitted in this matter and for good cause shown;

1) The within Chapter 13 case is hereby authorized to continue .

2) John A. Anderson the duly appointed executor of the decedent's estate is permitted to administer the Bankruptcy Estate herein.