UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
984 ROUTE 166 SUITE 6
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTOR
732-228-7400

In Re:

LOIS ANDERSON

Case No.:     21-17539

Chapter:     13

Judge:     MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Law Office of MaryBeth Schroeder_____, the applicant, is allowed a fee of $ _____2700_____ for services rendered and expenses in the amount of $_____ for a total of $_____2700_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*