UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Lois Anderson

Case No.: 21-17593

Adversary No.: _____

Chapter: 13

Judge: MBK

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Lois Anderson, deceased debtor
(Example: John Smith, creditor)

Old address: 336 Eastern Boulevard
Bayville, NJ 08721

New address: 606 Main Street
Bayville, NJ 08721

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 09/13/2013

/s/John Anderson for the deceased debtor
Signature

rev.8/1/2021