*Law Offices of*
# Mary Beth Schroeder, Esq.
marybeth@schroedermb-law.com
732-228-7400

Admitted to Practice in New Jersey

My File Number

In RE: Lois Anderson
Bankruptcy Case No: 21-17593/MBK
Legal Services Performed by MaryBeth Schroeder
$450 per hour

| Date | Service | Time |
|---|---|---|
| 06/01/2023 | Meet with client discuss strategy | 1.00 |
| 07/10/2023 | Prep and file Mod Ch 13 Plan | 1.00 |
| 07/10/2023 | Prep and file App Retention Professional | 1.00 |
| 07/12/2023 | Prep and filed Cert Service Mod Plan | .5 |
| 07/17/2023 | Prep and file NOM Allow Continued Admin | .5 |
| 07/18/2023 | Prep and file Cert Service NOM | .5 |
| 08/02/2023 | Prep and file Notice Prop Private Sale | .5 |
| 08/02/2023 | Prep and file NOM to Sell RP | 1.00 |

Total Hours   6.00

Total Due:   $2700

984 Route 166, Suite 6 • Toms River, New Jersey, 08753