| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MS-7408<br>LAW OFFICE OF MARYBETH SCHROEDER<br>984 ROUTE 166 SUITE 6<br>TOMS RIVER, NJ 08753<br>ATTORNEY FOR THE DEBTOR<br>732-228-7400 | Order Filed on October 11, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>LOIS ANDERSON | Case No.: 21-17593<br>Chapter: 13<br>Judge: MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 11, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Law Office of MaryBeth Schroeder_____, the applicant, is allowed a fee of $ _____2700_____ for services rendered and expenses in the amount of $_____ for a total of $_____2700_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*