Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                       Case No.:  21−17593−MBK
                       Chapter:  13
                       Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lois Joanne Anderson
   606 Main Street
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−4057

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

     All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: February 9, 2024
JAN: mmf

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17593-MBK |
| Lois Joanne Anderson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 09, 2024 | Form ID: cscnodsc | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois Joanne Anderson, 606 Main Street, Bayville, NJ 08721-2226 |
| sp | + | Vince DeSimone, Law Offices of Vincent Desimone, 54 E. Water Street, Toms River, NJ 08753-7665 |
| 519321189 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519318245 | | Td Bank N.A., Greenville, SC 29601 |
| 519318248 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519318229 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 09 2024 20:55:00 | Honda Financial Services, PO Box 65507, Wilmington, DE 19808-0507 |
| 519318217 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 09 2024 20:55:00 | American Honda Finance, Attn: National Bankruptcy Center, PO Box 168088, Irving, TX 75016-8088 |
| 519322430 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 09 2024 20:55:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519318216 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 09 2024 20:55:00 | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 519318218 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 09 2024 20:53:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519318219 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 09 2024 20:53:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519318220 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2024 20:59:49 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519318221 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2024 21:00:02 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519318222 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2024 21:31:48 | Capital One Bank USA N, Attn: Bankruptcy, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519355012 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 09 2024 21:10:55 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519450528 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2024 20:59:49 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 21-17593-MBK    Doc 84    Filed 02/11/24    Entered 02/12/24 00:14:56    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2024 | Form ID: cscnodsc | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 519318224 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2024 21:11:01 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519318225 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2024 20:55:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519318226 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2024 20:55:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519325346 | | Email/Text: mrdiscen@discover.com | Feb 09 2024 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519318227 | | Email/Text: mrdiscen@discover.com | Feb 09 2024 20:53:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519318228 | | Email/Text: mrdiscen@discover.com | Feb 09 2024 20:53:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519318223 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 21:11:14 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519318230 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 21:21:33 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519456344 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 09 2024 20:53:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519318231 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 09 2024 20:53:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519318232 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 09 2024 20:53:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519441362 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2024 20:59:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519318233 | | Email/Text: signed.order@pfwattorneys.com | Feb 09 2024 20:54:00 | Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519450527 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2024 20:55:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519318235 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 09 2024 20:56:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519318234 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 09 2024 20:56:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519334903 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 09 2024 20:56:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519318236 | | Email/Text: bankruptcy@rubinrothman.com | Feb 09 2024 20:54:00 | Rubin and Rothman, PO Box 9003, Islandia, NY 11749-9003 |
| 519318237 | | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 09 2024 20:59:55 | Sflndcorp, 1 Letterman Dr, San Francisco, CA 94129-1494 |
| 519337597 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 09 2024 20:59:49 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121-7285 |
| 519318238 | | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 09 2024 20:59:44 | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 519318239 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 21:00:06 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519318240 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 20:59:55 | Syncb/tjx Cos Dc, PO Box 965015, Orlando, FL 32896-5015 |
| 519318241 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 21:00:06 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519318242 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 09 2024 21:10:57 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519318244 | | Email/Text: bankruptcy@td.com | Feb 09 2024 20:55:00 | Td Bank N.A., PO Box 219, Lewiston, ME 04243-0219 |
| 519318247 | | Email/Text: bankruptcy@td.com | Feb 09 2024 20:55:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519454102 | + | Email/Text: bncmail@w-legal.com | Feb 09 2024 20:55:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519326615 | ^ | MEBN | Feb 09 2024 20:46:27 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519318243 | | Email/Text: bncmail@w-legal.com | Feb 09 2024 20:55:00 | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519318246 | | Email/Text: bncmail@w-legal.com | Feb 09 2024 20:55:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519318249 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2024 20:59:57 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519334762 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2024 20:59:44 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519332417 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2024 21:00:01 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519318250 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2024 21:00:22 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 519318251 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2024 20:59:55 | Wf/fmg, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:**

**Name**                **Email Address**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 09, 2024 | Form ID: cscnodsc | Total Noticed: 54 |

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

MaryBeth Schroeder
    on behalf of Debtor Lois Joanne Anderson marybeth@schroedermb-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4